Eastern District of Kentucky
FILED
OCT 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Eastern District of Kentucky
FILED
OCT 24 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 6:24-cr-070-REW

JONATHAN BLEVINS,
RANDY LESTER,

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about April 1, 2024, the exact date unknown, and continuing through on or about June 26, 2024, in Laurel County and Knox County, in the Eastern District of Kentucky, and elsewhere,

**JONATHAN BLEVINS,
RANDY LESTER,**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **JONATHAN BLEVINS** and **RANDY LESTER** that 500 grams or more of a mixture or

substance containing a detectable amount of methamphetamine would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 18 U.S.C. § 922(g)(1)

On or about June 26, 2024, in Knox County, in the Eastern District of Kentucky,

**JONATHAN BLEVINS,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is: a Taurus "Judge" model, .45/.410 caliber revolver bearing serial number ABH849578; an Anderson Manufacturing model AM-15, multi-caliber rifle bearing serial number 21139202; a KRC AV/Turkey Citadel "Boss Hog" model, 12-gauge shotgun bearing serial number 20SA-KR00088; and a lower receiver and barrel for a Mossberg International, model 702 "Plinkster," .22 caliber rifle bearing serial number EOF4103367, said firearms having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of this Indictment, **JONATHAN BLEVINS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of the violation(s) of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the

violation(s) of 21 U.S.C. §§ 846 and 841. Any and all interest that **JONATHAN BLEVINS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the felony offense alleged in Count 2 of this Indictment, **JONATHAN BLEVINS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924. Any and all interest that **JONATHAN BLEVINS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNTION:**
a. a Taurus, "Judge" model, .45/.410 caliber revolver bearing serial number ABH849578;
b. an Anderson Manufacturing model AM-15, multi-caliber rifle bearing serial number 21139202;
c. a KRC AV/Turkey Citadel "Boss Hog" model, 12-gauge shotgun bearing serial number 20SA-KR00088;
d. a lower receiver and barrel for a Mossberg International model 702 "Plinkster," .22 caliber rifle bearing serial number EOF4103367; and
e. All associated ammunition and accessories.

A TRUE BILL

FOREPERSON

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If responsible for 500 grams or more of a mixture or substance containing methamphetamine:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

### COUNT 2:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Forfeiture of listed assets.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.